## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LARRY BRUMBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  3:08-cv-3077 |
| | ) | |
| NELSON TREE SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PROOF OF FILING

Comes now Defendant, **Nelson Tree Service, Inc.**, by and through its attorneys of record, **Schmiedeskamp, Robertson, Neu & Mitchell, LLP**, and pursuant to the Court's Text Order of April 2, 2008 hereby files a copy of the Return of Service of Process showing the date of service on the Defendant was March 6, 2008 along with a copy of the Notice of Removal filed on March 24, 2008 with the State Court in Adams County, Illinois.

s/_____James A. Hansen_____
James A. Hansen, IL Bar #6244534
Attorney for Defendant, Nelson Tree Service, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell, LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Anthony B. Cameron          dacamara@adams.net
    529 Hampshire Street, Suite 511
    Quincy, IL 62301

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                s/_____ James A. Hansen _____
                James A. Hansen, IL Bar #6244534
                Attorney for Defendant, Nelson Tree Service, Inc.
                Schmiedeskamp, Robertson, Neu & Mitchell, LLP
                525 Jersey Street, P. O. Box 1069
                Quincy, IL 62306-1069
                Telephone: (217) 223-3030
                Facsimile: (217) 223-1005
                E-mail: jhansen@srnm.com

**IN THE CIRCUIT COURT OF ADAMS COUNTY, ILLINOIS**

Larry Brumbaugh

Plaintiff(s)

VS.

Nelson Tree Service Inc. et al.,

Defendant(s)

Court No.: 07 L 61

FILED

MAR 2 4 2008
jcm

Randy E. Frese

Clerk Circuit Court Eighth Judicial Circuit
ILLINOIS, ADAMS CO.

### AFFIDAVIT OF SPECIAL PROCESS SERVER

_Richard Johnson_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Innovations, Department of Professional Regulation number 117-001415.

Type of Process:  Summons and Complaint

Defendant to be served:  Nelson Tree Service, Inc., C T Corporation System

**SERVED**/NON-SERVED the within named defendant on:  _2/6/08_ @ _10:00_  jcm  **AM**/PM

ADDRESS WHERE ATTEMPTED OR SERVED:  Registered Agent 208 S. LaSalle St. Ste 814
Chicago, Illinois 60604

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Age _35_  Gender **M**/F  Race _W_  Height _6'1"_  Weight _225_  Hair _BR_  Glasses Y/**N**

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally.  The defendant confirmed that she/he resides at the above address.

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on
_____.

_X_ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _Tim Light_ ,
(Title) _Process specialist_ , a person authorized to accept service and informed that person of the contents thereof.

_____ **POSTED**

_____ **NON-SERVICE** for the reason that after diligent investigation found _____
_____
_____
_____

Additional Comments
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this _____ day of _____
MAR 0 7 2008 ,2008

Signature of Process Server

OFFICIAL SEAL
ANN GURTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/02/11

Job ID: 360604
File Number: 07-1109

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

### ADAMS COUNTY, ILLINOIS

**FILED**

MAR 2 4 2008

*Randy E. Frese*
Clerk Circuit Court 8th Judicial Circuit
ILLINOIS, ADAMS CO.

| | | |
|---|---|---|
| LARRY BRUMBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-L-61 |
| | ) | |
| NELSON TREE SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

**TO:**    The above named Plaintiff and
Anthony B. Cameron, his attorney,
529 Hampshire Street, Suite 511
Quincy, Illinois 62301

YOU ARE HEREBY NOTIFIED that on this __24th__ day of __MARCH__, 2008,

the Defendant, Nelson Tree Service, Inc., filed in the United States District Court for the Central

District of Illinois, a Notice of Removal, removing this action to federal court.  A copy of the

Notice of Removal accompanies this notice and is hereby served upon you.

NELSON TREE SERVICE, INC., Defendant

By: _____
One of Its Attorneys

James A. Hansen IL Bar #6244534
Schmiedeskamp, Robertson, Neu & Mitchell, LLP
Attorney for Defendant Nelson Tree Service, Inc.
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

1

**PROOF OF SERVICE**

THE UNDERSIGNED certifies under penalty of perjury in accordance with 735 ILCS 5/1-109 that a copy of this Notice of Filing Notice of Removal and the Notice of Removal were served upon the above-named attorney of record for the Plaintiff in the above entitled cause by enclosing the same in an envelope addressed to that attorney at his or her business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing the envelope in a United States Post Office mailbox in Quincy, Illinois, on the 24th day of MARCH , 2008.

2

# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LARRY BRUMBAUGH, | ) | No. _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adams County No. 07-L-61 |
| | ) | |
| NELSON TREE SERVICE, INC., | ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant, **Nelson Tree Service, Inc.,** by its attorneys, **Schmiedeskamp, Robertson, Neu & Mitchell,** LLP, pursuant to 28 U.S.C. §§1441 and 1446, removes the above-referenced case to the United States District Court for the Central District of Illinois, Springfield Division. In support of removal, the Defendant states as follows:

1.    Plaintiff filed this action in the Circuit Court of the Eighth Judicial Circuit, Adams County, Illinois, to recover damages against the Defendant.

2.    The Defendant was served on March 6, 2008. This Notice of Removal is timely filed within 30 days of the date Defendant was served.

3.    This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

4.    The controversy in this action is between citizens of different states. Plaintiff is a citizen and resident of the State of Illinois, and the Defendant is a citizen and resident of the State of Ohio. Defendant is an Ohio corporation with its principal place of business at 3300 Office Park Drive, Dayton, Ohio 45439.

1

5.    Based on pleadings filed to date, the amount in controversy will exceed $75,000, exclusive of interest and costs.  Plaintiff seeks recovery for wrongful termination of employment, including doubled back pay and trebled consequential damages.

6.    A copy of the summons issued for service, as well as copies of all pleadings filed to date, accompany this Notice of Removal.

WHEREFORE, Defendant, Nelson Tree Service, Inc., requests that this Court accept jurisdiction of this action.

s/_____    James A. Hansen_____

James A. Hansen IL Bar #6244534
Attorney for Defendant, Nelson Tree Service, Inc.
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com

## AFFIDAVIT OF SERVICE

The undersigned, on the *24th* day of March, 2008 at 5:00 p.m., deposited a copy of this document, postage prepaid, in the United States Mail, addressed to:

Anthony B. Cameron
529 Hampshire Street, Suite 511
Quincy, IL 62301

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

*Ronnie L. Seals*

2