UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BRUMBAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | Case No. 3:08-cv-3077 |
| ) | |
| NELSON TREE SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Now comes the Plaintiff, Larry Brumbaugh, by his attorney, Anthony B. Cameron, and moves this Honorable Court for an extension of time in which to respond to Defendant's Motion for Partial Dismissal, and for his motion, states as follows:

1. Defendants filed a Motion for Partial Dismissal and supporting Memorandum, which was sent to our office electronically by the Court on April 22, 2008;

2. Plaintiff's response was owing yesterday, May 6, 2008;

3. Plaintiff's counsel is engaged in a FINRA arbitration and in a good faith error incorrectly calendared the response. Moreover, counsel is in the process of settling a complex and sensitive case with the very same opposing counsel as represents Defendant in the instant case, requiring substantial time and dealing with sensitive and proprietary electronic information in a very short window, suddenly presented;

4. Counsel believes in good faith he can complete his response by May 30, 2008;

5. Counsel has consulted defense counsel, who does not object to the enlargement sought.

WHEREFORE, your Plaintiff prays as follows:

A.    The Court grant Plaintiff's Motion for Enlargement of Time to File Response to May 30, 2008;

B.    For such other and further relief as may be just and appropriate in the premises.

LARRY BRUMBAUGH, Plaintiff

By: /s/ Anthony B. Cameron
ANTHONY B. CAMERON,
His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Our File No. 07-1109