UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BRUMBAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:08-cv-3077 |
| v. | ) |
| | ) |
| NELSON TREE SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Now comes the Plaintiff, Larry Brumbaugh, through his attorney, Anthony B. Cameron, and for his Motion for Leave to File First Amended Complaint, states as follows:

1. Plaintiff filed his initial Complaint with the Eighth Judicial Circuit Court in Adams County, Illinois on November 9, 2007;

2. Defendant filed a Notice of Filing Notice of Removal and Notice of Removal on or about March 25, 2008;

3. Defendant has filed a Motion for Partial Dismissal of the Complaint and, in so doing, raised issues about whether the applicable statute is identified;

4. Judicial economy will be achieved by addressing those issues with amendment of the Complaint;

5. Plaintiff's counsel has discussed filing a more directed First Amended Complaint with defense counsel and defense counsel has no objection to such filing;

WHEREFORE, your Plaintiff's counsel submits herewith his First Amended Complaint and prays for leave to file same with the Court *instanter*.

                        LARRY BRUMBAUGH, Plaintiff

                        By  /s/ Anthony B. Cameron
                            Anthony B. Cameron,
                            His Attorney

ANTHONY B. CAMERON - 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:     (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-1109

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following:

Mr. James A. Hansen
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys at Law
P.O. Box 1069
525 Jersey Street
Quincy, IL  62306

                                                    /s/ Anthony B. Cameron
                                                       Anthony B. Cameron