E-FILED
Thursday, 12 June, 2008 03:54:26 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| LARRY BRUMBAUGH | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:08-cv-3077 |
| NELSON TREE SERVICE, INC. | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

Please take notice that the following is serving as co-counsel for

Defendant Nelson Tree Service, Inc.

Todd D. Penney (0059076) (Ohio)
SCHEUER MACKIN & BRESLIN LLC
11025 Reed Hartman Highway
Cincinnati, Ohio 45242
(513) 984-2040 Ext. 219 – Phone
(513) 984-7944 – Fax
tpenney@smblaw.net – E-mail

                                                Respectfully submitted,

                                                /s / Todd D. Penney
                                                Todd D. Penney (0059076)
                                                SCHEUER MACKIN & BRESLIN LLC
                                                11025 Reed Hartman Highway
                                                Cincinnati, Ohio 45242
                                                (513) 984-2040 Ext. 219
                                                tpenney@smblaw.net

                                                Attorney for Defendant
                                                Nelson Tree Service, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendant's Notice of Appearance was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony B. Cameron
529 Hampshire Street, Suite 511
Quincy, IL 62301

Counsel for Plaintiff

this 12th day of June, 2008.

                                                  /s/ Todd D. Penney
                                                Todd D. Penney