UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BRUMBAUGH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:08-cv-3077 |
| ) | |
| NELSON TREE SERVICE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR PARTIAL DISMISSAL
### OF FIRST AMENDED COMPLAINT

Defendant Nelson Tree Service, Inc. ("Nelson Tree"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, moves this Court to dismiss Plaintiff Larry Brumbaugh's claim under the Illinois Whistleblower Protection Act (5 ILCS 430/15 *et seq*.) because it fails to a state claim upon which relief can be granted.

More specifically, Nelson Tree is entitled to dismissal of Brumbaugh's Illinois Whistleblower Protection Act claim because Brumbaugh did not make the allegedly protected complaints to a governmental entity, a requirement under that statutory scheme. The grounds for this Motion are set forth in more detail in the attached Memorandum in Support.

Respectfully submitted,


  /S/ James A. Hansen
James A. Hansen (6244534)
SCHMIEDESKAMP, ROBERTSON, NEU &
MITCHELL LLP
525 Jersey
P.O. Box 1069
Quincy, IL 62306
(217) 223-3030 phone
(217) 223-1005 fax
jhansen@srnm.com


Todd D. Penney (0059076) (Ohio)
SCHEUER MACKIN & BRESLIN LLC
11025 Reed Hartman Highway
Cincinnati, Ohio 45242
(513) 984-2040 Ext. 219 phone
(513) 984-7944 fax
tpenney@smblaw.net

Attorneys for Defendant Nelson Tree Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anthony B. Cameron
529 Hampshire Street, Suite 511
Quincy, IL 62301
Counsel for Plaintiff

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/            James A. Hansen
James A. Hansen (6244534)
SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL LLP
525 Jersey
P.O. Box 1069
Quincy, IL 62306
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: jhansen@srnm.com