UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BRUMBAUGH, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>NELSON TREE SERVICE, INC., )<br>)<br>Defendant. ) | Case No. 3:08-cv-3077 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Now comes the Plaintiff, Larry Brumbaugh, by his attorney, Anthony B. Cameron, and moves this Honorable Court for an extension of time in which to respond to Defendant's Motion for Partial Dismissal, and for his motion, states as follows:

1. Defendant filed a Motion for Partial Dismissal and supporting Memorandum, which was sent to our office electronically by the Court on June 16, 2008;

2. Plaintiff's response is owing;

3. Plaintiff's counsel has, for the past three weeks, been involved in the City of Quincy's Emergency Management efforts and in a good faith error incorrectly calendared the response date. Moreover, counsel had outpatient surgery yesterday and was not fit to file either this motion or his response;

4. Counsel believes in good faith he can complete his response by July 11, 2008;

5. Counsel has consulted defense counsel, who does not object to the enlargement sought.

WHEREFORE, your Plaintiff prays as follows:

      A.    The Court grant Plaintiff's Motion for Enlargement of Time to File Response to July 11, 2008;

      B.    For such other and further relief as may be just and appropriate in the premises.

> LARRY BRUMBAUGH, Plaintiff
>
> By: /s/ Anthony B. Cameron
>     ANTHONY B. CAMERON,
>     His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL 62301
Telephone: (217) 228-8669
Telefax: (217) 228-2225
Our File No. 07-1109