UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BRUMBAUGH, )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>NELSON TREE SERVICE, INC., )<br>)<br>Defendant. ) | Case No. 3:08-cv-3077 |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Now comes the Plaintiff, Larry Brumbaugh, by his attorney, Anthony B. Cameron, and moves this Honorable Court for an extension of time in which to respond to Defendant's Motion for Partial Dismissal, and for his motion, states as follows:

1. Defendant filed a Motion for Partial Dismissal and supporting Memorandum, which was sent to our office electronically by the Court on June 16, 2008;

2. Plaintiff's response is owing today;

3. Plaintiff's counsel has, for the past three weeks prior to this week, been involved in the City of Quincy's Emergency Management efforts. Moreover, counsel has been called out of town July 7 for an unanticipated family situation and July 11 through approximately July 16 for a family member's medical treatment at an out of state teaching hospital. While counsel could normally complete his Response upon his return July 17 and 18, counsel's transcriptionist will be away on personal time due to a family need on those days, returning July 21;

4. Counsel believes in good faith he can complete his response by July 22, 2008;

5. Plaintiff's counsel has telephoned opposing counsel's office and staff advises defense counsel is out for the day.

WHEREFORE, your Plaintiff prays as follows:

A. The Court grant Plaintiff's Motion for Enlargement of Time to File Response to July 22, 2008;

B. For such other and further relief as may be just and appropriate in the premises.

LARRY BRUMBAUGH, Plaintiff

By: /s/ Anthony B. Cameron
ANTHONY B. CAMERON,
His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-1109